No. 18.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NORTHERN COAL CO.;

No. 19.   SAME *v.* C. H. SPRAGUE & SON CO.;

No. 20.   SAME *v.* U.S. REFRACTORIES CORP.; and

No. 21.   SAME *v.* OSWEGO & SYRACUSE RAILROAD CO. May 28, 1934.   The petition for rehearing in these cases is entertained, and the cases are set for hearing on the questions raised in the petition for rehearing and the answers thereto, including the question of the construction and effect of the provisions of § 1005 of the Revenue Act of 1926, on October 8, 1934, after the cases heretofore assigned for that day, and will then be heard with the same effect as though the hearing on said petition had taken place at this term of Court.   See 290 U.S. 591.

No. —, original.   PORESKY *v.* BREWSTER, JUDGE.   May 28, 1934.   Motion for leave to file bill of complaint denied. Mr. *Joseph Poresky, pro se.*

No. —.   ILLINOIS EX REL. COBINE *v.* ANGSTEN ET AL. May 28, 1934.   The application for allowance of appeal, having been considered by the whole Court, is denied.

No. 106.   SANDERS *v.* ARMOUR FERTILIZER WORKS ET AL. May 28, 1934.   Petition for rehearing denied.   See *ante,* p. 190.